IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARGY M. PHELPS-ROPER, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CV3131 |
| | ) | |
| v. | ) | |
| | ) | |
| JON BRUNING, Individually and in his Official Capacity as Attorney General of the State of Nebraska, COLONEL BRYAN TUMA, Individually and in his Official Capacity as Superintendent of the Nebraska State Patrol, L. KENNETH POLIKOV, Individually and in his Official Capacity as Sarpy County Attorney, LEONARD HOULOOSE, Individually and in his Official Capacity as Chief of the Papillion Police Department, DONALD KLEINE, Individually and in his Official Capacity as Douglas County Attorney, ALEX HAYES, Individually and in his Official Capacity as Chief of the Omaha Police Department, and JOHN STACEY, Individually and in his Official Capacity as Chief of the Bellevue Police Department, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **ORDER** |
| Defendants. | ) ) | |

The court wishes to conduct a telephonic status conference with counsel in this case. Accordingly,

IT IS ORDERED:

1. Counsel shall participate in a telephonic status conference with the undersigned United States district judge on Monday, July 19, 2010, at 2:00 p.m.

2. All counsel shall contact Kris Leininger, my judicial assistant, at 402-437-1640 **on or before Thursday, July 15, 2010**, and provide her with the telephone number at which counsel can be reached for the telephonic status conference.

3. Because counsel for defendants Colonel Bryan Tuma, L. Kenneth Polikov, Leonard Houloose, Donald Kleine, Alex Hayes, and John Stacey have not yet entered their appearance, Plaintiff's counsel shall obtain the identity and telephone number of counsel for these defendants. Plaintiff's counsel shall provide that information to Kris Leininger, my judicial assistant, **on or before Thursday, July 15, 2010**, so arrangements for the telephonic status conference can be made.

DATED this 12th day of July, 2010.

BY THE COURT:
*Richard G. Kopf*
United States District Judge