IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARGY M. PHELPS-ROPER, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CV3131 |
| | ) | |
| V. | ) | |
| | ) | |
| JON BRUNING, Individually and in his Official Capacity as Attorney General of the State of Nebraska, COLONEL BRYAN TUMA, Individually and in his Official Capacity as Superintendent of the Nebraska State Patrol, L KENNETH POLIKOV, Individually and in his Official Capacity as Sarpy County Attorney, LEONARD HOULOOSE, Individually and in his Official Capacity as Chief of the Papillion Police Department, DONALD KLEINE, Individually and in his Official Capacity as Douglas County Attorney, ALEX HAYES, Individually and in his Official Capacity as Chief of the Omaha Police Department, and JOHN STACEY, Individually and in his Official Capacity as Chief of the Bellevue Police Department, | ) | ORDER |
| Defendants. | ) | |

Because counsel for the State defendants and the City of Omaha defendants have consented to the expansion and enlargement of the temporary restraining order,

IT IS ORDERED that counsel for the State defendants and the City of Omaha are excused from the hearing at 1:00 p.m. today. The hearing will otherwise take place regarding those defendants who have not submitted such a consent.

DATED this 15th day of July, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge