IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARGY M. PHELPS-ROPER, ) | | |
| ) | | |
| Plaintiff, ) | | 4:10CV3131 |
| ) | | |
| V. ) | | |
| ) | | |
| JON BRUNING, Individually and in his ) | | ORDER |
| Official Capacity as Attorney General of ) | | |
| the State of Nebraska, COLONEL ) | | |
| BRYAN TUMA, Individually and in his ) | | |
| Official Capacity as Superintendent of ) | | |
| the Nebraska State Patrol, L KENNETH ) | | |
| POLIKOV, Individually and in his ) | | |
| Official Capacity as Sarpy County ) | | |
| Attorney, LEONARD HOULOOSE, ) | | |
| Individually and in his Official Capacity ) | | |
| as Chief of the Papillion Police ) | | |
| Department, DONALD KLEINE, ) | | |
| Individually and in his Official Capacity ) | | |
| as Douglas County Attorney, ALEX ) | | |
| HAYES, Individually and in his Official ) | | |
| Capacity as Chief of the Omaha Police ) | | |
| Department, and JOHN STACEY, ) | | |
| Individually and in his Official Capacity ) | | |
| as Chief of the Bellevue Police ) | | |
| Department, ) | | |
| ) | | |
| Defendants. ) | | |
| ) | | |

      My judicial assistant has been advised by counsel that Defendants Kenneth Polikov, Donald Kleine and John Stacey also consent to the issuance of a temporary restraining order. Given that notice by email or orally,

      IT IS ORDERED that counsel for Defendants Kenneth Polikov, Donald Kleine and John Stacey are excused from the hearing today at 1:00 p.m. The hearing will be held for

Defendant Leonard Houloose, who has not formally consented or otherwise advised the undersigned that they do consent to the issuance of the restraining order.

DATED this 15th day of July, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge