IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARGY M. PHELPS-ROPER, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CV3131 |
| | ) | |
| V. | ) | |
| | ) | |
| JON BRUNING, Individually and in his Official Capacity as Attorney General of the State of Nebraska, COLONEL BRYAN TUMA, Individually and in his Official Capacity as Superintendent of the Nebraska State Patrol, L KENNETH POLIKOV, Individually and in his Official Capacity as Sarpy County Attorney, LEONARD HOULOOSE, Individually and in his Official Capacity as Chief of the Papillion Police Department, DONALD KLEINE, Individually and in his Official Capacity as Douglas County Attorney, ALEX HAYES, Individually and in his Official Capacity as Chief of the Omaha Police Department, and JOHN STACEY, Individually and in his Official Capacity as Chief of the Bellevue Police Department, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | AMENDED ORDER |
| Defendants. | ) ) | |

All defendants in this case have consented to the plaintiff's motion to expand/enlarge the court's July 6, 2010 temporary restraining order (filing 29). Accordingly,

IT IS ORDERED that the hearing scheduled for today at 1:00 p.m. is canceled. <u>The telephonic hearing set in filing 27 remains scheduled on Monday, July 19, 2010, at 2:00 p.m.</u>

DATED this 15th day of July, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge