IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARGY M. PHELPS-ROPER, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CV3131 |
| | ) | |
| V. | ) | |
| | ) | |
| JON BRUNING, Individually and in his Official Capacity as Attorney General of the State of Nebraska, COLONEL BRYAN TUMA, Individually and in his Official Capacity as Superintendent of the Nebraska State Patrol, L KENNETH POLIKOV, Individually and in his Official Capacity as Sarpy County Attorney, LEONARD HOULOOSE, Individually and in his Official Capacity as Chief of the Papillion Police Department, DONALD KLEINE, Individually and in his Official Capacity as Douglas County Attorney, ALEX HAYES, Individually and in his Official Capacity as Chief of the Omaha Police Department, and JOHN STACEY, Individually and in his Official Capacity as Chief of the Bellevue Police Department, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

All Defendants having consented,

IT IS ORDERED that:

1. The temporary restraining order (filing 15) is continued and expanded and enlarged as requested in the motion seeking to enlarge and expand the July 6, 2010 temporary restraining order (filing 29) and that motion (filing 29)

  is granted.  All defendants, their officers, agents, servants, employees, and attorneys, or those persons in active concert or participation with them, are prohibited from enforcing Neb. Rev. Stat. § 28-928 against Plaintiff, while she is engaged in expressive activity on Thursday, July 15, 2010, from 9:15 to 10:00 a.m. near to or in the proximity of Temple Israel, 7023 Cass Streets, Omaha, Nebraska, and on Saturday, July 17, 2010, from 9:15 a.m. to 10:00 a.m. near to or in the proximity of Dundee Presbyterian Church, 5312 Underwood Ave., Omaha, Nebraska, while she is on public sidewalks or easements.

2.  This temporary restraining order shall remain in effect until further order of the Court.  No bond is required.

3.  **Despite my earlier order (filing 39), the status conference scheduled for Monday, July 19, 2010, at 2:00 p.m. will be held as provided in the original order (filing 27) setting that matter.  A lawyer for each party shall participate.[1]**

4.  Hoping to avoid further expedited hearings and considering whether to expand the temporary restraining order statewide and without time limit during the pendency of this case while the merits are sorted out, counsel for Defendants are advised that I will ask them the questions outlined in my earlier order (filing 34) when we discuss the status of this case on Monday.

DATED this 15th day of July, 2010.

                          BY THE COURT:

                          *Richard G. Kopf*
                          United States District Judge

---

[1] I apologize for the confusion.  That was entirely my error.