IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARGY "MEGAN" M. PHELPS-ROPER, | ) ) ) | CASE NO. 4:10CV3131 |
| Plaintiff, | ) ) | |
| vs. | ) ) | ORDER |
| JON BRUNING, Individually and in his official capacity as Attorney General of the State of Nebraska, et al. | ) ) ) ) ) ) | |
| Defendants. | ) | |

This matter is before the Court upon the Motion of the Plaintiff and Defendant John Stacey (Doc. No. 55) for an Order dismissing with prejudice the Causes of Action against this Defendant in the above-referenced matter. The parties represent to the Court that all claims have been settled on mutually agreeable terms.

Pursuant to Fed. R. Civ. P. 41(a).

IT IS ORDERED that the Causes of Action in the above matter are dismissed as to John Stacey with prejudice.

Dated July 27, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge